```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A03-0074--CR (JWS)
                              "USA V BARBARA ANN HELM"
                              DEF 1.1 HELM, BARBARA ANN

      In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 03/20/03
             Closed: 09/04/03
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
   Counsel of record: Gayle J. Brown
                      750 W. 2nd Avenue, Suite 207
                      Anchorage, AK 99501
                      907-274-1074
                      FAX 907-274-3311
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 HELM, BARBARA ANN

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 18:1028(a)(7) IDENTITY THEFT (F) | Sentenced (22-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A03-0074--CR (JWS)
                                 "USA V BARBARA ANN HELM"

                         In public format, for all filing dates


   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 03/20/03
            Closed: 09/04/03
No. of Defendants: 1


Document #    Filed       Docket text
----------    --------    -----------
  NOTE -  1   03/20/03    [Re: DEF 1] Issued WOA.

     1 -  1   03/20/03    [Re: DEF 1] PLF 1 Indictment.

     2 -  1   03/20/03    [Re: DEF 1] AHB Grand Jury Minutes; WOA to issue; writ of H/C ad pros to
                          follow; in state custody; det per 18:3142(f).

  NOTE -  2   03/24/03    [Re: DEF 1] USM Notice of Arrest; defendant released to USM detainer
                          3/21/03.

  NOTE -  3   03/27/03    [Re: DEF 1] USM Notice of Arrest; defendant available for crt 3/27/03.

  NOTE -  4   03/28/03    Issued: Notice of Speedy trial Act ddlns to JWS.  cc: CMC

     3 -  1   03/28/03    [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 4/10/03.
                          cc: USA, G. Brown

     4 -  1   03/28/03    [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set 3:00
                          p.m. 4/2/03.  cc: USA, G. Brown, USM, PO

     5 -  1   03/28/03    [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of arr on Indt (held
                          3/27/03); def plead not guilty; def detained; det hrg set 3:00 p.m.,
                          4/2/03; ptms due 4/10/03; entry of appearance from G. Brown due COB
                          3/28/03.  USA, G. Brown, USM, PO, Judge Sedwick

     6 -  1   03/28/03    DEF 1 Attorney Appearance of Gayle J. Brown.

     7 -  1   04/01/03    [Re: DEF 1] JWS Minute Order setting TBJ on 6/5/03 at 9:00 a.m. and FPTC
                          for 6/5/03 at 8:30 a.m.. cc: USA, G. Brown, USM, USPO, MJ Branson, JC

    7A-  1   04/01/03    [Re: DEF 1] Return of WOA executed on 3/21/03.

     8 -  1   04/02/03    DEF 1 motion on shortened time to remove the detention hearing from the
                          calendar.

     9 -  1   04/02/03    [Re: DEF 1] AHB Minute Order granting motion on shortened time to remove
                          the detention hearing from the calendar (8-1); 4/2/03 det hrg is
                          VACATED.  cc: USA, G. Brown, USM, PO

    10 -  1   04/02/03    [Re: DEF 1] PLF 1 Conference Certification.

    11 -  1   04/03/03    [Re: DEF 1] AHB Order of Detention Pending Trial.  cc: USA, G. Brown,
                          USM, PO

    12 -  1   05/19/03    DEF 1 Notice of Intent to change plea and req for change of plea hrg
                          w/att exhs.

    13 -  1   05/28/03    [Re: DEF 1] JWS Minute Order setting PCOP on 5/29/03 at 9:00 a.m.;
                          6/5/03 FPTC and TBJ are vacated. cc: USA, G. Brown, USM, USPO, MJ
                          Branson, JC

ACMS: R_RDSDI              As of 04/27/06 at 12:53 PM by AKARPER                         Page 1
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A03-0074--CR (JWS)
                          "USA V BARBARA ANN HELM"

                      In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 05/29/03 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: PCOP hrg held 5/29/03; def changed plea to guilty on ct 1 of Indt; IOS set 8/12/03 at 8:30 a.m.; det cont. cc: USA, G. Brown, USM, USPO, MJ Branson |
| 15 - 1 | 07/17/03 | DEF 1 motion for a 14-day extension of time to file reply to proposed presentence investigation report w/att aff. |
| 16 - 1 | 07/18/03 | [Re: DEF 1] JWS Minute Order granting mot for a 14-day ext of time to file reply to prop presentence rpt (15-1); 8/12/03 IOS reset to 8/25/03 at 8:30 a.m.. cc: USA, G. Brown, USM, USPO |
| 17 - 1 | 08/20/03 | DEF 1 Unopposed motion for continuance of sentencing hearing. |
| 18 - 1 | 08/22/03 | [Re: DEF 1] JWS Minute Order granting/denying unoppo mot for continuance of sentencing hrg (17-1); 8/25/03 IOS reset to 9/3/03 at 9:00 a.m.. cc: USA, G. Brown, USM, USPO |
| 19 - 1 | 08/25/03 | PLF 1 Sentencing Memorandum. |
| 20 - 1 | 09/02/03 | DEF 1 Sentencing Memorandum. |
| 21 - 1 | 09/04/03 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] IOS, HELD 9/3/03; sent 37 months; s/r 3 years; s/a $100; restitution $24,528.84; remanded to USM |
| 22 - 1 | 09/04/03 | [Re: DEF 1] JWS Judgment pleaded guilty to count 1 of the Indictment (1-1); sent 37 months; remanded to USM; s/r 3 years; s/a $100; restitution $24,528.84. cc: USA, USM, PO, G. Brown, MJ Branson, Finance, FLU, def (by cnsl) |
| 23 - 1 | 09/29/03 | [Re: DEF 1] Partial Transcript re: IOS held 9/3/03. |
| 24 - 1 | 11/12/03 | USM Return of svc on judgment re: DEF 1 executed on 10/24/03 to Victorville, Camp at Victorville, CA. |
| 25 - 1 | 06/02/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 5 | 06/07/05 | Issued: writ of execution re: DEF 1. |
| 26 - 1 | 11/09/05 | [Re: DEF 1] JWS Order and Request for Modification of Cond's or Term of SR as directed. cc: USPO |