U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:03-CR-074-JWS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Barbara Ann Helm | Cancellation of Writ |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E. Street, Anchorage, Alaska, 99501, Attn. Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, Room 253 #9
Anchorage, Alaska 99513-7567

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

**RECEIVED**
JUN 16 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):*

Please serve Cancellation to Alaska Permanent Dividend. Fund

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Richard L. Pomeroy, AUSA | | 907-271-5071 | 6-10-2008 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | | 6-11-08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| LISA LEONARD | |

| Address *(complete only if different than shown above)* | Date of Service | Time | am / pm |
|---|---|---|---|
| | 6/12/08 | 2:10 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | 45 | | $45 | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|



RECEIVED

JUN 16 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )    Case No. 3:03-CR-074-JWS
                                    )
                Plaintiff,          )
                                    )    NOTICE OF CANCELLATION
        vs.                         )            OF
                                    )    WRIT OF EXECUTION
BARBARA ANN HELM,                   )
                                    )
                Defendant.          )
                                    )

TO:   STATE OF ALASKA DEPARTMENT OF REVENUE

        The Writ of Execution on the Alaska Permanent Fund Dividend

in the above captioned case served on: ___4-29-08___

against the dividend of

        NAME: Barbara Ann Helm

        SS#:   SSN Redacted

        DOB:   DOB Redacted

is hereby cancelled.

        Dated this day of ___6/12/08___.

                                RANDY M. JOHNSON
                                United States Marshal


                        BY: _____
                            Deputy U.S. Marshal